BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America





IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIO DOMINGUEZ BENAVENTE,<br><br>Defendant. | CASE NO. 1:15-MJ-00115-SAB<br><br>GOVERNMENT MOTION TO DISMISS AND ~~PROPOSED~~ ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The FBI has advised the government that the above-named defendant has been apprehended and will be prosecuted by state authorities in Tulare County for homicide, which served as the basis for the federal complaint filed herein alleging unlawful flight to avoid prosecution. It is also requested that the arrest warrant that issued herein be recalled.

Dated: February 16, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

/ / /

/ / /

/ / /

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's motion to dismiss is GRANTED, and that the criminal complaint in this mattered is DISMISSED.

IT IS SO ORDERED this 16th day of February, 2016.

_____
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE